**GIBSON, DUNN & CRUTCHER LLP**
Matthew J. Williams
John Conte
200 Park Avenue
New York, NY 10166
(212) 351-4000 (Tel)
(212) 351-4035 (Fax)

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PT SRI REJEKI ISMAN TBK, *et al.*,[1]<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 21-11072<br><br>(Joint Administration Requested) |

**NOTICE OF FILING AND HEARING ON MOTIONS**

**PLEASE TAKE NOTICE** that on June 7, 2021 (the "***Petition Date***"), Geoffrey David Simms, in his capacity as the authorized foreign representative of: (a) PT Sri Rejeki Isman Tbk, PT Bitratex Industries, PT Sinar Pantja Djaja, and PT Primayudha Mandirijaya (collectively, the "***Indonesia Foreign Debtors***") in connection with their foreign proceedings pending in the Semarang Commercial Court, and (b) Golden Legacy Pte Ltd and Golden Mountain Textile and Trading Pte Ltd (collectively, the "***Singapore Foreign Debtors***," and together with the Indonesia Foreign Debtors, the "***Foreign Debtors***") in connection with their foreign proceedings pending in the General Division of the High Court of the Republic of Singapore, respectively, filed a *Chapter 15 Petition for Recognition of a Foreign Proceeding* in each of the chapter 15 cases of the Foreign Debtors, and (i) with respect to the Indonesia Foreign Debtors, filed the *Verified Petition of Indonesia Foreign Debtors Under Chapter 15 for Recognition of a Foreign Main Proceeding* [Docket No. 2], and (ii) with respect to the Singapore Foreign Debtors, filed the *Verified Petition of Singapore Foreign Debtors Under Chapter 15 for Recognition of a Foreign Main Proceeding* [Docket No. 10] pursuant to chapter 15 of title 11 of the United States Code (the "***Bankruptcy Code***"), with the United States Bankruptcy Court for the Southern District of New York (the "***Court***").

---

[1] The Foreign Debtors in these chapter 15 cases are the following entities: (a) PT Sri Rejeki Isman Tbk, whose address is at Jl. K.H. Samanhudi No. 88, Ds./Kl. Jetis, Kec. Sukoharjo, Kab. Sukoharjo, Central Java, Indonesia, (b) PT Sinar Pantja Djaja, whose address is at Jl. Condrokusumo No 1, Kec. Semarang Barat, Semarang, Central Java, Indonesia, (c) PT Bitratex Industries, whose address is at Jl. Brigjend Sudiarto KM. 11, Kel. Plamongansari, Kec. Pedurungan, Semarang, Central Java, Indonesia, (d) PT Primayudha Mandirijaya, whose address is at Dk. Kadang, Ds. Ngadirojo, Kec. Ampel, Kab. Boyolali, Central Java, Indonesia, (e) Golden Legacy Pte Ltd, whose address is at 120 Robinson Road, #08-01, Singapore 068913, and (f) Golden Mountain Textile and Trading Pte Ltd, whose address is at 120 Robinson Road, #08-01, Singapore 068913.

**PLEASE TAKE FURTHER NOTICE** that, on the Petition Date, the Foreign Debtors filed, among other items, the motions and declarations in support thereof that are listed on **Exhibit A** hereto (collectively, the "*Pleadings*").

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on **June 10, 2021** at **2:00 p.m.** (prevailing Eastern Time) before the Honorable James L. Garrity, United States Bankruptcy Judge for the Southern District of New York, at One Bowling Green, New York, New York 10004 to consider the relief requested in the Pleadings. The hearing will be held telephonically in accordance with General Order M-543 (Court Operations Under the Exigent Circumstances Created by COVID-19), and parties should refer thereto for more information.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Pleadings, if any, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the response or objection and the specific grounds therefore, and shall be filed with the Court electronically in accordance with General Order M–399 by registered users of the Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Court), with two hard copies, single-sided, delivered directly to Chambers pursuant to Local Rule 9070-1 and served so as to be actually received no later than **June 9, 2021 at 2:00 p.m.** (Eastern Time) (the "**Objection Deadline**"), and served on counsel for the Foreign Representative, Gibson, Dunn & Crutcher, 200 Park Avenue, New York, New York 10166 (Attention: Matthew J. Williams, Esq. and John G. Conte, Esq.).

**PLEASE TAKE FURTHER NOTICE** that copies of the Pleadings and all documents filed in the Chapter 15 Cases are available to parties in interest on the Court's Electronic Case Filing System, which can be accessed from the Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Foreign Representative's counsel (including by facsimile or e-mail) addressed to:

**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10105
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Attn:   Matthew J. Williams (mjwilliams@gibsondunn.com)
          John G. Conte (jconte@gibsondunn.com )

2

**PLEASE TAKE FURTHER NOTICE** that any objecting party is required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: June 7, 2021
     New York, New York

          **GIBSON, DUNN & CRUTCHER LLP**

          */s/ Matthew J. Williams*
          Matthew J. Williams
          John Conte
          200 Park Avenue
          New York, NY 10166
          (212) 351-4000 (Tel)
          (212) 351-4035 (Fax)

          *Counsel to the Foreign Representative*

## Exhibit A

### Pleadings

1. *Motion for Entry of an Order Directing Joint Administration* [**Docket No. 5**]

2. *Emergency Motion for Provisional Relief* [**Docket No. 6**]

3. *Motion for Entry of an Order Scheduling a Hearing on Chapter 15 Petition for Recognition and Specifying Form and Manner of Service of Notice* [**Docket No. 7**]

4. *Declaration of Foreign Representative in Support of the Verified Chapter 15 Petition of Indonesia Foreign Debtors and Motion for Provisional Relief* [**Docket No. 3**]

5. *Declaration of Gregorius Petrus Aji Wijaya in Support of the Verified Chapter 15 Petition of Indonesia Foreign Debtors and Motion for Provisional Relief* [**Docket No. 4**];

6. *Declaration of Foreign Representative in Support of the Verified Chapter 15 Petition of Singapore Foreign Debtors and Motion for Provisional Relief* [**Docket No. 8**];

7. *Declaration of Chua Sui Tong in Support of the Verified Chapter 15 Petition of Singapore Foreign Debtors and Motion for Provisional Relief* [**Docket No. 9**].